TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS - STATE BAR NO. 146904
PETER E. SCHNAITMAN - STATE BAR NO. 218982
AGGIE B. LEE - STATE BAR NO. 228332
1000 Wilshire Blvd., Suite 1800
Los Angeles, CA 90017-2475
Telephone:  (213) 430-3400
Facsimile:  (213) 430-3409
michael.zellers@tuckerellis.com
peter.schnaitman@tuckerellis.com
aggie.lee@tuckerellis.com

Attorneys for Defendants
PFIZER INC., PHARMACIA CORPORATION, and MONSANTO COMPANY (the Monsanto Company now known as Pharmacia Corporation)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. C-06-0787 CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER |
| This Document relates to:<br><br>PHYLLIS NEELY<br>Individual Case No. 06-0787 | **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 06-0787 CRB, ORIGINALLY FILED IN THE NORTHERN DISTRICT OF CALIFORNIA** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff PHYLLIS NEELY originally filed in the Northern District of California, Case Number 06-0787, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation*, may be and is hereby dismissed without prejudice.

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

STIPULATION AND ORDER OF DISMISSAL

LAimanage / 28762 / 00187 / 578444 / 1 /

1  The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's
2  claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their
3  own costs.

4  DATED: September 21, 2006                TUCKER ELLIS & WEST LLP

            By:  /s/ Peter E. Schnaitman
                 Michael C. Zellers
                 Michael.zellers@tuckerellis.com
                 Peter E. Schnaitman
                 Peter.schnaitman@tuckerellis.com
                 Aggie B. Lee
                 Aggie.lee@tuckerellis.com
                 1000 Wilshire Blvd., Suite 1800
                 Los Angeles, CA 90017
                 Telephone: (213) 430-3400
                 Facsimile: (213) 430-3409

                 Attorneys for Defendants
                 PFIZER INC., PHARMACIA
                 CORPORATION, and
                 MONSANTO COMPANY (the
                 Monsanto Company now known
                 as Pharmacia Corporation)

16 DATED: September 20, 2006                ALEXANDER, HAWES & AUDET LLP

            By:  /s/ Adel A. Nadji
                 William M. Audet
                 Joshua C. Ezrin
                 221 Main Street, Suite 1460
                 San Francisco, CA 94105
                 Telephone: (415) 982-1776
                 Facsimile: (415) 576-1776

                 Michael E. Schmidt
                 THE SCHMIDT FIRM
                 2911 Turtle Creek Blvd.,
                 Suite 1400
                 Dallas, TX 75219
                 Telephone: (214) 521-4898
                 Facsimile: (214) 521-9995

                 Attorneys for Plaintiff
                 Phyllis Neely

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

2.
STIPULATION AND ORDER OF DISMISSAL
LAimanage / 28762 / 00187 / 578444 / 1 /

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**
2
3  Dated: _September 22, 2006_
4
   HONORABLE CHA[RLES R. BREYER]

   *[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, Judge Charles R. Breyer]*

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

3.
STIPULATION AND ORDER OF DISMISSAL

LAimanage / 28762 / 00187 / 578444 / 1 /